```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

ERNEST TERREL COLLIER                          CIVIL ACTION

VERSUS                                         NO. 08-4264

LT. COL. WILLIAM DUNAWAY ET AL                 SECTION "J" (3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 6), and the Plaintiff's objections thereto (Rec. Doc. 7), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are hereby **OVERRULED.**

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as frivolous and for failing to state a claim on which relief may be granted.[1]

---

[1] Plaintiff is also advised, for future consideration, that 28 U.S.C. § 1915 ("Proceeding in forma pauperis"), subsection (g) provides that:  "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

New Orleans, Louisiana, this __31st__ day of October, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE